*Mr. Bernard Noon,* for Appellant.

*Mr. William Wallace, Jr.,* for Respondent.

---

No. 1,748.—THRELKELD, RESPONDENT, *v.* O'NEAL, APPELLANT.

*Appeal from District Court, Deer Lodge County.*

(For former opinion, see *ante,* page 209.)

On motion to dismiss appeal.

Decided January 24, 1902.

PER CURIAM.—It is ordered and adjudged that the motion to dismiss the appeal be and the same is hereby sustained, and the appeal dismissed.

*Mr. J. H. Duffy,* for Respondent.